UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                    Plaintiff,

          vs.                                              C05-1657 JCC

MAZATLAN RESTAURANTS, INC.,                    **MINUTE ORDER**

                    Defendant.                 **REASSIGNING CASE**


          Pursuant to the Amended General Order entered by the Chief Judge on

November 3, 2004, this action has been reassigned to the Honorable John C. Coughenour, United

States District Judge.

          All future documents filed in this case must bear the cause number C05-1657 JCC and

bear the Judge's name in the upper right hand corner of the document.


                    Dated this 15th day of November, 2005


                    BRUCE RIFKIN
                    Clerk of Court


                    by: /s/   PETER H. VOELKER
                              Peter H. Voelker, Deputy Clerk